UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **ELIZABETH CURTSINGER,** | **CASE NO. 5:23-CV-113-KKC** |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **COMMISSIONER OF SSA,** | |
| Defendant. | |

\*\*\* \*\*\* \*\*\*

In accordance with the Opinion and Order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1. The plaintiff's motion for summary judgment (DE 10) is DENIED;

2. The defendant's motion for summary judgment (DE 12) is GRANTED;

3. The decision of the Commissioner is AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g), in that it was supported by substantial evidence;

4. The case is DISMISSED and SHALL be STRICKEN from the docket; and

5. This judgment is FINAL and APPEALABLE.

This 25th day of July, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

1